**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

RONNIE OLIBRISSE,

    Petitioner,

v.                                  CASE NO: 2:08-cv-734-FtM-UA-DNF

MICHAEL B. MUKASEY, et al.,

    Respondents.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged that Respondents' Motion to Dismiss (Dkt. 10) is granted because Petitioner has been released from custody under an order of supervision. Consequently, this case is moot. The Clerk is directed to close the case.

    **DONE AND ORDERED** at Tampa, Florida, on November 10, 2008.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA
                                      UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Petitioner, pro se